UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LUMINOR CONSULTING CORP.; DLC ELITE LENDING CORPORATION; HEARD CONCRETE CONSTRUCTION CORP.; THOMAS DAVIS; and KEVIN HARRISON<br>v.<br>DR. ADEL ELMESSIRY and WEBDBTECH, INC. | Case No. 3:22-cv-00555<br>Judge |

## **MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Christopher Davis hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for _____.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the [Identify United States District Court or United States appellate court of which movant is a member]. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

3. I have not been found in contempt by any court or tribunal, except as provided below:

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Charles H. Williamson, Esq., Waller Lansden Dortch & Davis, LLP, 511 Union Street, Suite 2700, Nashville, Tennessee 37219
Telephone: (615) 244-6380
Email: charley.williamson@wallerlaw.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ s/ Christopher Davis   Signature

Name:
State where admitted and State Bar Number: Virginia 74809
Business Address: 555 Belaire Avenue, Suite 340, Chesapeake, VA 23320
Local Address [if different from above]:
Phone: (757) 410-2293
Email: chris@davislawplc.com

# CERTIFICATE OF SERVICE

[Include certificate of service in compliance with Local Rule 5.01 and 5.02]

\*\*FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 21 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.]