UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LUMINOR CONSULTING CORP.; DLC ELITE LENDING CORPORATION; HEARD CONCRETE CONSTRUCTION CORP.; THOMAS DAVIS; and KEVIN HARRISON, <br><br> Plaintiffs, <br><br> v. <br><br><br><br> DR. ADEL ELMESSIRY and WEBDBTECH, INC., <br><br> Defendants/Counter-plaintiff, <br><br> v. <br><br> LUMINOR CONSULTING CORP., EMTECH, HEARD CONCRETE CONSTRUCTION CORP., ANISH PABARI, ROB ABENANTE, TOM DAVIS, and JEFFREY HOU YIN HO, <br><br> Counter-defendants. | Civil Action No. 3:22-cv-00555 <br> Judge Eli J. Richardson <br> Magistrate Judge Frensley <br><br> **JURY DEMAND** |

## COUNTERCLAIM DEFENDANTS' MOTION TO DISMISS COUNTS III AND IV OF THE DEFENDANT WEBDBTECH, INC.'S COUNTERCLAIM

Counterclaim Defendants Luminor Consulting Corporation ("Luminor"), Thomas Davis ("Davis"), Anish Pabari, Jeff Hou Yin Ho, Heard Concrete Construction Corporation ("Heard"), and EMTech, by Davis and Heard (collectively, the "Counter-defendants"), by counsel, in accordance with Federal Rule Civil Procedure 12(b)(6), hereby move this Honorable Court to dismiss Counts III and IV of the Defendant WebDBTech, Inc.'s Counterclaim. The Counter-

4862-1371-7303.1

1

defendants incorporate by reference their Memorandum of Law in support of this Motion, filed contemporaneously herewith. Accordingly, the Counter-defendants ask that this Honorable Court enter an Order granting this Motion and dismiss Counts III and IV of the Counterclaim.

Respectfully submitted,

s/ Charles H. Williamson
Charles H. Williamson (TN BPR 018287)

WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: charley.williamson@wallerlaw.com

Of counsel:

Christopher D. Davis (VSB No. 74809) (Admitted *Pro Hac Vice*)

Destinee B. Byers (VSB No. 94691) (Admitted *Pro Hac Vice*)
DAVIS LAW, PLC
555 Belaire Ave., Ste. 340
Chesapeake, Virginia 23320
Telephone: (757) 410-2293
Facsimile: (757) 257-8614
Email: chris@davislawplc.com
destinee@davislawplc.com

*Attorneys for Luminor Consulting Corporation; DLC Elite Lending Corporation; Heard Concrete Construction Corp.; Thomas Davis; Kevin Harrison; Anish Pabari; and Jeff Hou Yin Ho*

# CERTIFICATE OF SERVICE

   I hereby certify that on October 7, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

   Thomas Anthony Swafford, Esq.
   Tara L. Swafford, Esq.
   Elizabeth G. Hart, Esq.
   THE SWAFFORD LAW FIRM, PLLC
   321 Billingsly Court, Suite 19
   Franklin, Tennessee 37067
   Telephone: (615) 499-8406
   Facsimile: (615) 807-2355
   Email:  tony@swaffordlawfirm.com
       tara@swaffordlawfirm.com
       betsy@swaffordlawfirm.com

*Counsel for Defendant and Counter-Plaintiff WebDBTech, Inc.*

        /s/ Charles H. Williamson_____
        Charles H. Williamson

        *Attorney for Luminor Consulting Corporation; DLC Elite Lending Corporation; Heard Concrete Construction Corp.; Thomas Davis; Kevin Harrison; Anish Pabari; and Jeff Hou Yin Ho*

4862-1371-7303.1

3

Case 3:22-cv-00555 Document 38 Filed 10/07/22 Page 3 of 3 PageID #: 149