MOTION GRANTED. The Initial Case Management Conference is hereby continued to January 20, 2023 at 9:30 a.m. via telephone. All parties shall call 1-877-336-1831, and when prompted for the access code, enter 7039387# to participate. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.



# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LUMINOR CONSULTING CORP.; DLC ELITE LENDING CORPORATION; HEARD CONCRETE CONSTRUCTION CORP.; THOMAS DAVIS; KEVIN HARRISON, <br><br> Plaintiffs, <br><br> v. <br><br> DR. ADEL ELMESSIRY and WEBDBTECH, INC., <br><br> Defendants/Counterplaintiff, <br><br> v. <br><br> LUMINOR CONSULTING CORP.; EMTECH, HEARD CONCRETE CONSTRUCTION CO., ANISH PABARI, ROB ABENANTE, TOM DAVIS, and JEFFREY HOU YIN HO, <br><br> Counterdefendants. | Civil Action No. 3:22-CV-00555 <br><br> Judges Richardson and Frensley <br><br> Jury Demanded |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER AMENDED COMPLAINT AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

Pursuant to Local Rule 7.01, Defendants Dr. Adel Elmessiry and WebDBTech, Inc. ("Defendants"), by and through counsel, respectfully move for an extension of time to file a responsive pleading to the First Amended Complaint, filed on October 26, 2022. (Doc. 43.) Defendants' responsive pleadings are currently due on November 10, 2022. Due to the schedule

of counsel for Defendants, Defendants request an additional twenty days, until November 30, 2022, to file responsive pleadings.

In addition, Defendants respectfully request that the Initial Case Management Conference, currently set to be heard on November 16, 2022, be continued, so that it is held after all responsive pleadings are due. Further, Defendants have not yet been able to serve Third Party Defendant Rob Abenante, a task they are diligently working to accomplish.

For these reasons, Defendants respectfully request that their time to answer the First Amended Complaint be extended until November 30, 2022 and that the case management conference be continued so that all parties may participate. Counsel for Plaintiffs does not oppose the relief sought in this Motion. No other parties have made an appearance.

Respectfully submitted,

/s/ Elizabeth G. Hart
THE SWAFFORD LAW FIRM, PLLC
Thomas Anthony Swafford BPR #17578
Tara L. Swafford BPR #17577
Elizabeth G. Hart, BPR #30070
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Telephone: (615) 599-8406
Facsimile: (615) 807-2355
tony@swaffordlawfirm.com
tara@swaffordlawfirm.com
betsy@swaffordlawfirm.com

*Counsel for Defendants/Counterplaintiff*

## CERTIFICATE OF SERVICE

       I hereby certify that a true and exact copy of the foregoing document has been served via email, U.S. Mail, or the Court's Electronic Filing System on:

Charles H. Williamson
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 372019
charley.williamson@wallerlaw.com

Christopher D. Davis
Destinee B. Byers
DAVIS LAW, PLC
555 Bellaire Ave., Ste. 340
Chesapeake, Virginia 23320
chris@davislawplc.com
destinee@davislawplc.com

this 4th day of November 2022.

                                                           /s/     Elizabeth G. Hart
                                                                   Elizabeth G. Hart