UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LUMINOR CONSULTING CORP.; DLC ELITE LENDING CORPORATION; HEARD CONCRETE CONSTRUCTION CORP.; THOMAS DAVIS; and KEVIN HARRISON, <br><br>     Plaintiffs, <br><br>v. <br><br>DR. ADEL ELMESSIRY and WEBDBTECH, INC., <br><br>     Defendants/Counter-plaintiff, <br><br>v. <br><br>LUMINOR CONSULTING CORP., EMTECH, HEARD CONCRETE CONSTRUCTION CORP., ANISH PABARI, ROB ABENANTE, TOM DAVIS, and JEFFREY HOU YIN HO, <br><br>     Counter-Defendants. | Civil Action No. **3:22-cv-00555** <br> Judge Eli J. Richardson <br> Magistrate Judge Frensley <br><br> JURY DEMAND |

## COUNTERCLAIM DEFENDANTS' MOTION TO DISMISS COUNTS III AND IV OF THE DEFENDANT WEBDBTECH, INC.'S AMENDED COUNTERCLAIM

Counterclaim Defendants Luminor Consulting Corporation ("Luminor"), Thomas Davis ("Davis"), Anish Pabari, Jeff Hou Yin Ho, Heard Concrete Construction Corporation ("Heard"), and EMTech, by Davis and Heard (collectively, the "Counter-defendants"), by counsel, in accordance with Federal Rule Civil Procedure 12(b)(6), hereby move this Honorable Court to dismiss Counts III and IV of the Defendant WebDBTech, Inc.'s ("WebDBTech's") Amended Counterclaim, (Docket Entry ("D.E.") 57). Defendants also move to dismiss EMTech rom WebDBTech's claims, as WebDBTech has not alleged sufficient facts to establish alter-ego liability against it. The Counter-defendants incorporate by reference their Memorandum of Law in support of this Motion, filed contemporaneously herewith. Accordingly, the Counter-defendants ask that this Honorable Court enter an Order granting this Motion, thereby dismissing

4882-3877-4596.1

1

Counts III and IV of the Amended Counterclaim against all Counter-Defendants as well as all claims asserted against EMTech.

                    Respectfully submitted,

                    /s/ Charles H. Williamson
                    Charles H. Williamson (TN BPR 018287)

                    WALLER LANSDEN DORTCH & DAVIS, LLP
                    511 Union Street, Suite 2700
                    Nashville, Tennessee  37219
                    Telephone:    (615) 244-6380
                    Facsimile:     (615) 244-6804
                    Email:          charley.williamson@wallerlaw.com

Of counsel:

Christopher D. Davis (VSB No. 74809)
(Admitted *Pro Hac Vice*)
Destinee B. Byers (VSB No. 94691)
(Admitted *Pro Hac Vice*)
DAVIS LAW, PLC
555 Belaire Ave., Ste. 340
Chesapeake, Virginia 23320
Telephone:     (757) 410-2293
Facsimile:      (757) 257-8614
Email:             chris@davislawplc.com
                      destinee@davislawplc.com

*Attorneys for Luminor Consulting Corporation; DLC Elite Lending Corporation; Heard Concrete Construction Corp.; Thomas Davis; Kevin Harrison; Anish Pabari; and, Jeff Hou Yin Ho*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Thomas Anthony Swafford BPR #17578
Tara L. Swafford BPR #17577
Elizabeth G. Hart, BPR #30070
THE SWAFFORD LAW FIRM, PLLC
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Tel:   (615) 599-8406
Fax:   (615) 807-2355
Email: tony@swaffordlawfirm.com
       tara@swaffordlawfirm.com
       betsy@swaffordlawfirm.com

*Counsel for Defendants and Counter-Plaintiffs*

                                        s/ *Charles H. Williamson*
                                        Charles H. Williamson